# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D19-0160

————————————————

WILLIE GRIFFIN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

May 29, 2019

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, KELSEY, and WINOKUR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Willie Griffin, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.